**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**PATRICIA ANN COLES**

             **Plaintiff,**

v.                                                                          **CASE NO. 3:08-cv-254-J-16JRK**

**DR. DONALD C. WINTER, Secretary**
**Department of the Navy,**

             **Defendant.**
_____ /

**ORDER OF DISMISSAL**

On July 17, 2008, this Court entered an Order  (Doc # 11) directing the Plaintiff within eleven (11) days to show cause why this case should not be dismissed for failure to perfect service. Plaintiff filed a response (Doc # 12) on July 24, 2008 advising the Court that she had mailed a copy of the Complaint to the Defendant but had not yet received the signed receipt.

While the Court appreciates the response from the Plaintiff, in reviewing the attached receipt to Doc #12, it shows that Plaintiff did not mail the complaint to Defendant until July 11, 2008. Pursuant to Federal Rule of Civil Procedure 4(m), service must be made within 120 days after the filing of the complaint.  In this case, the complaint was filed on March 11, 2008.  Service was to be made no later than July 10, 2008.  With the summons not being issued until July 11, 2008 and mailed on July 11, 2008, it is impossible for service to have been completed within the prescribed time limit.

Plaintiff was advised in the Court's Order dated May 8, 2008 (Doc #8) of the requirement for her to prepare a Summons and serve it upon Defendant.  Federal Rule of Civil procedure 4(m) was also quoted verbatim in this order.  Additionally, by separate Court Order dated May 8, 2008

(Doc #9) Plaintiff was advised of her obligation to comply with the same law and rules of court as a litigant who is represented by counsel including the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.  Further, Plaintiff was provided with a copy of this Court's Step by Step Guide which also addresses service of the complaint.

Additionally, when an officer of the United States is sued, Plaintiff must also serve a copy of the summons and complaint on the United States Attorney for the district where the action was brought. Fed. Rule. Civil Pro. 4(I).  Plaintiff has also failed to comply with this provision of the Rules.

Accordingly, it is

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED**..  The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 31st day of July, 2008.

Copies to:
　　Counsel of Record

JOHN H. MOORE II
United States District Judge